UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE ZANABRIA *and* WILMER VELASCO, *on behalf of themselves and all others similarly situated*,

                        Plaintiffs,

              – against –

GOURMET TECH CORP d/b/a MARCHE MADISON, MADISON GOURMET LTD d/b/a MARCHE MADISON, KIM KYUNG HO, *and* JEFFREY KIM,

                        Defendants.

**ORDER**

23 Civ. 09479 (ER)

R<small>AMOS</small>, D.J.:

      The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than January 22, 2024.

It is SO ORDERED.

Dated:   January 8, 2024
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.