UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE ZANABRIA & WILMER VELASCO,<br><br>　　　　　　　Plaintiffs,<br>　-against-<br><br>GOURMET TECH CORP d/b/a MARCHE MADISON, MADISON GOURMET LTD d/b/a MARCHE MADISON, KIM KYUNG HO, and JEFFREY KIM,<br><br>　　　　　　　Defendants. | Case No. 23-cv 09479 (ER)<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER APPROVING FLSA SETTLEMENT AND DISMISSING THIS ACTION WITH PREJUDICE** |

**WHEREAS,** Plaintiffs ENRIQUE ZANABRIA & WILMER VELASCO ("Plaintiffs") filed or joined in the above-captioned action against Defendants GOURMET TECH CORP d/b/a MARCHE MADISON, MADISON GOURMET LTD d/b/a MARCHE MADISON, KIM KYUNG HO, and JEFFREY KIM ("Defendants") in the above-captioned case, hereby agrees to be bound (Defendants and Plaintiffs, collectively, the "Parties");

**WHEREAS,** the Parties have entered into a Settlement Agreement, dated January 19, 2024 ("Agreement"), memorializing the terms of the Parties' settlement; and

**WHEREAS,** this Court has reviewed the Agreement, finds that its terms provide for a fair and reasonable resolution of a *bona fide* dispute over a provision or provisions of the Fair Labor Standards Act and/or time worked, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *cert. denied*, 146 S. Ct. 824 (U.S. 2016), and thereby approves the settlement.

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

9

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs and Defendants, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims asserted against Defendants in this action are dismissed with prejudice, and that this Court shall retain jurisdiction to enforce the terms of the Agreement.

| | |
|---|---|
| **HARRISON, HARRISON & ASSOCIATES, LTD.** | **THE LAW OFFICES OF DIANE LEE PC** |
| By: __/s/ David Harrison_____ <br> David Harrison, Esq. <br> 110 Highway 35, 2nd Floor <br> Red Bank, NJ 07748 <br> Telephone: (718) 799-9111 <br> dharrison@nynjemploymentlaw.com <br> *Attorneys for Plaintiffs* | By: _/s/ Diane H. Lee_____ <br> Diane H. Lee, Esq. <br> 1630 Center Avenue <br> Fort Lee, NJ 07024 <br> Telephone: (201) 363-0101 <br> dlee@dhllaw.com <br> *Attorneys for all Defendants* |

SO ORDERED.

_____
**Ona T. Wang          1/23/24**
**U.S.M.J.**

10